LAURENCE H. RUTLAND, Respondent, *v.* HENRY F. THURSTON, Appellant.

Argued January 18, 1937; decided March 9, 1937.

544

*James J. Sullivan* for appellant.

*J. Carl Fogle* and *Harry L. Gilrie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN. JJ.

Dissenting: CRANE, Ch. J., FINCH and RIPPEY, JJ.